**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROCHE DIABETES CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. _____ |
| INSULET CORPORATION, | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF ROCHE DIABETES CARE, INC.'S RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Roche Diabetes Care, Inc. ("Roche") makes the following disclosures:

1. Roche Diabetes Care, Inc. is a subsidiary of Roche Diagnostics Corp. and Roche Diagnostics Operations, Inc. Its ultimate parent, Roche Holding Ltd., is a publicly-traded company.

2. Upon information and belief, more than 10% of Roche Holding Ltd.'s voting shares are held directly or indirectly by Novartis AG, a publicly-traded company.

1

Dated: June 17, 2020

OF COUNSEL:

Robert J. Gunther, Jr.
Omar A. Khan
Lauren Matlock-Colangelo
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Respectfully submitted,

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*