IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHE DIABETES CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-825-MN |
| | ) | |
| INSULET CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO AMEND THE CASE SCHEDULE**

WHEREAS, the parties have conferred regarding the remaining fact and expert discovery left to be taken in this case;

WHEREAS, the parties have agreed on certain proposed adjustments to the case schedule which will allow the parties to engage in settlement discussions, including formal mediation with Chief Magistrate Judge Thynge, before further resources are expended; and

WHEREAS on August 31, 2021, the Court issued an order that "the parties may extend the fact and expert discovery deadlines" but the "Court will not move the July 25, 2021 trial date and, as such, will not accept any dispositive motions without leave of Court." (D.I. 131)

IT IS HEREBY STIPULATED and agreed by the parties, subject to the approval of the Court, that the scheduling order shall be amended to extend certain deadlines as follows:

| **Event**[1] | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Fact Discovery | September 24, 2021 | December 15, 2021 |
| Plaintiff's Final Infringement Contentions | October 1, 2021 | January 7, 2022 |

---

[1] Pursuant to the Court's August 31, 2021 Order, either party may seek leave from the Court to file dispositive motions (D.I. 131).

| | | |
|---|---|---|
| Defendant's Final Invalidity Contentions | October 15, 2021 | January 21, 2022 |
| Rule 26(a)(2) Disclosures of Expert Testimony due | October 29, 2021 | February 4, 2022 |
| Opening Expert Reports | October 29, 2021 | February 4, 2022 |
| Rebuttal Expert Reports | December 1, 2021 | March 4, 2022 |
| Reply Expert Reports | December 22, 2021 | March 25, 2022 |
| Close of Expert Discovery | January 21, 2022 | April 22, 2022 |
| *Daubert* Motions | February 18, 2022 | May 6, 2022 |
| Responsive Briefs Re: *Daubert* Motions | March 4, 2022 | May 20, 2022 |
| Reply Briefs Re: *Daubert* Motions | March 11, 2022 | May 27, 2022 |
| Joint Proposed Final Pretrial Order / Motions in *Limine* | July 11, 2022 (7 days before Pretrial Conference) | July 11, 2022 (7 days before Pretrial Conference) (No Change) |
| Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms due | July 11, 2022 (7 days before Pretrial Conference) | July 11, 2022 (7 days before Pretrial Conference) (No Change) |
| Pre-Trial Conference | 4:30 PM, July 18, 2022 | 4:30 PM, July 18, 2022 (No Change) |
| Trial (4 Days) | July 25, 2022 | July 25, 2022 (No Change) |

Pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients.

Dated: September 8, 2021

| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Robert M. Vrana* |
| Daniel M. Silver (#4758) | Anne Shea Gaza (#4093) |
| Alexandra M. Joyce (#6423) | Robert M. Vrana (#5666) |
| Renaissance Centre | Rodney Square |
| 405 N. King Street, 8th Floor | 1000 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 571-6600 |
| dsilver@mccarter.com | agaza@ycst.com |
| ajoyce@mccarter.com | rvrana@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS HEREBY ORDERED this 10th day of September 2021.

The Honorable Maryellen Noreika
United States District Judge