# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHE DIABETES CARE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-825-MN ) |
| INSULET CORPORATION, | ) **DEMAND FOR JURY TRIAL** ) ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Roche Diabetes Care, Inc. and Defendant Insulet Corporation, through their undersigned counsel and subject to the approval of the Court, that the following deadlines are extended as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Reply Expert Reports | March 25, 2022 | April 1, 2022 |
| Close of Expert Discovery | April 22, 2022 | April 27, 2022 |

No other deadlines in the Scheduling Order, as modified, (D.I. 29, 134) are affected by this stipulation.

Pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients.

Dated: March 20, 2022

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Alexandra M. Joyce* | */s/ Robert M. Vrana* |
| Daniel M. Silver (No. 4758) | Anne Shea Gaza (No. 4093) |
| Alexandra M. Joyce (No. 6423) | Robert M. Vrana (No. 5666) |
| Renaissance Centre | Rodney Square |
| 405 N. King Street, 8th Floor | 1000 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 571-6600 |
| dsilver@mccarter.com | agaza@ycst.com |
| ajoyce@mccarter.com | rvrana@ycst.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS HEREBY ORDERED this _____ day of _____, 2022.

_____
United States District Judge